# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

J. CASTRO DISTRIBUTOR, INC.,

   Plaintiff(s)

   v.                                                Civ. No. 98-1721PG

OPTIMA BATTERIES, INC., ET AL.,

   Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #12 - Motion Requesting Permission to Withdraw as Counsel for Plaintiff | Granted |

Date: October 5, 1999.

*[signature]*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

