# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE:  December 7, 1999

COURTROOM DEPUTY:  Lida Isis EGELE         CIVIL CASE:  98-1721 (PG)

**Attorneys:**

J. CASTRO DISTRIBUTORS, INC.

v.

OPTIMA BATTERIES, INC., et al          Luis OLIVER FRATICELLI

SECOND STATUS CONFERENCE, instead of the scheduled pretrial, held in chambers. Counsel for the plaintiff is not present. Co-defendant Optima has filed a motion to compel (dkt. #13) re: interrogatories and request for production of documents that were submitted on July 22, 1999, and which have not been answered. This motion is granted and plaintiff is granted 15 days to comply.

Since an inordinate amount of time has elapsed since these requests for discovery were submitted, and plaintiff has not fully complied with them, the plaintiff is **warned** that any failure to comply with this order may entail sanctions, which could



Civil 98-1721 (PG)   Page 2
December 7, 1999

include the dismissal of the complaint.

Co-defendant Optima will take the depositions of Joselito Castro and of his wife on January 27, 2000, at 9:30 A.M., in the offices of Fiddler, González & Rodríguez. No further discovery will be allowed by the Court after January 28, 2000.

**A pretrial conference is set for March 2, 2000, at 8:30 A.M.**

Lida Isis EGELE
Courtroom Deputy

s/c:  Sifre Rodríguez, and Oliver Fraticelli