# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **J. CASTRO DISTRIBUTORS, INC.** * | |
| * | |
| Plaintiff * | |
| * | |
| vs. * | Civil 98-1721 (PG) |
| * | |
| **OPTIMA BATTERIES, INC., et al** * | |
| * | |
| Defendants * | |
| * | |

# ORDER

The plaintiff is granted 15 days to provide all the documents requested by co-defendant Optima in its request for production dated July 22, 1998. The specific requests that plaintiff must comply with are numbers 6, 8, 9, 11, 12, 13, 17, 20, 21, and 27. Furthermore, the plaintiff shall submit complete answers to co-defendant Optima's interrogatories, also dated July 22, 1998. Specifically to interrogatories number 9, 14(c), 15, 18, 19, and 20. The plaintiff is to comply with this order **by no later than December 23, 1999.**

Since an inordinate amount of time has elapsed since the requests for discovery were submitted, and plaintiff has not fully complied with the same, the plaintiff is **warned** that any failure to comply with this order may entail sanctions, which could

AO 72A
(Rev. 8/82)

Civil 98-1721 (PG)                                                                                    Page 2

include the dismissal of the complaint.

    IT IS SO ORDERED.

    San Juan, Puerto Rico, this 7th day of December, 1999.

                                        JUAN M. PEREZ-GIMENEZ
                                        U. S. District Judge