# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE: March 2, 2000

COURTROOM DEPUTY: Lida Isis EGELE          CIVIL CASE: 98-1721 (PG)

---

| | |
|---|---|
| J. CASTRO DISTRIBUTORS, INC. | <u>Attorneys:</u>   Jaime SIFRE RODRIGUEZ |
| v. | |
| OPTIMA BATTERIES, INC., et al | Luis OLIVER FRATICELLI |

---

THIRD STATUS CONFERENCE, instead of the scheduled pretrial, held in chambers. The deposition of the President of the defendant organization was taken. The report of plaintiffs' expert, Mrs. Edileen Salicrup, a CPA, was provided to the defendants. Her deposition will be taken on March 16, 2000. On March 17, 2000, the parties will take the deposition of the wife of the President of the defendant company, Mrs. Deborah Drahus.

<u>Pending discovery:</u> The plaintiffs provided the financial statements but they have to be supplemented. Once the defendants take the deposition of CPA Salicrup

Civil 98-1721 (PG)                                                                    Page 2
March 2, 2000

they might file a motion in limine as to her report.

The defendants will hire an expert CPA, which could be either Eduardo Zayas or Carlos Baralt.

**A pretrial conference is set for June 13, 2000, at 8:30 A.M.** The discovery is to be concluded by May 30, 2000.

Lida Isis EGELE
Courtroom Deputy

s/c:   Sifre Rodríguez, and Oliver Fraticelli