UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                                  DATE: JUNE 13, 2000

BEFORE HONORABLE JUAN M. PEREZ GIMENEZ

COURTROOM DEPUTY: LILY ALICEA            **CASE NO. CIVIL 98-1721**

==================================================================

| | |
|---|---|
| J. CASTRO DISTRIBUTORS | Attorneys:<br>For Plaintiffs<br>JAIME SIFRE RODRIGUEZ |
| VS | |
| OPTIMA BATTERIES, INC. | For Defendant:<br>LUIS OLIVER FRATICELLI |

Case called for status conference. Plaintiff has concluded discovery. The only thing pending is defendant's expert report which will be delivered by July 27, 2000. Defendant's expert deposition is pending. The parties have requested a pretrial conference for September 13, 2000 at 8:30 AM. Supplemental answer to discovery by plaintiff will be notified this week.

_____
LILY ALICEA-COURTROOM DEPUTY