# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF RE-SETTING</u>                    Date:   September 12, 2000

| | |
|---|---|
| J. CASTRO DISTRIBUTOR, INC. | * |
| Plaintiff | * |
| vs. | *   Civil 98-1721 (PG) |
| OPTIMA BATTERIES, INC., et al | * |
| Defendants | * |

By Order of the Court co-defendant's motion for continuance of the pretrial conference scheduled for tomorrow September 13 (dkt. #24), is **granted**. The pretrial conference is reset for **Wednesday, November 1, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Lida Isis Egelé
　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

s/c:   Jaime Sifre           (Notified by phone: personally)
       Luis Oliver Fraticelli      "       "      "     by attorney Sifre

