# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF RE-SETTING                    Date:   October 30, 2000

J. CASTRO DISTRIBUTOR, INC.       *
                                  *
   Plaintiff                      *
                                  *
vs.                               *       Civil 98-1721 (PG)
                                  *
OPTIMA BATTERIES, INC., et al     *
                                  *
   Defendants                     *
                                  *
-----------------------------------*

By Order of the Court the pretrial conference set for November 1, 2000, is reset for **Wednesday, November 15, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

 

_____
Lida Isís Egelé
Courtroom Deputy

s/c:   Jaime Sifre              (Notified by phone: Wanda Ramos)
       Luis Oliver Fraticelli          "      "      "    Lucy