# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUAN M. PEREZ-GIMENEZ     DATE: November 15, 2000

COURTROOM DEPUTY: Lida Isis EGELE     **CIVIL CASE: 98-1721 (PG)**

| | |
|---|---|
| J. CASTRO DISTRIBUTORS, INC. | <u>Attorneys:</u>  Jaime SIFRE RODRIGUEZ |
| v. | |
| OPTIMA BATTERIES, INC., et al | Luis OLIVER FRATICELLI |

FOURTH STATUS CONFERENCE held in chambers, instead of the scheduled pretrial. The defendants request fifteen days to file a motion in limine regarding the testimony of plaintiff's expert CPA. They are granted until December 1 to file it. The plaintiff will take the deposition of defendants' expert on January 11, 12, or 13, 2001. The defendants will answer plaintiff's request for production of documents at least one week prior to the deposition of the expert.

**A pretrial conference is set for February 7, 2001, at 8:30 A.M.** The trial will be set at that time. The estimated trial length is of 4 days.

Lida Isis EGELE
Courtroom Deputy

s/c: Sifre Rodríguez, and Oliver Fraticelli