# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



J. CASTRO DISTRIBUTOR, INC.,

    Plaintiff,

    v.                                          Civ. No. 98-1721PG)

OPTIMA BATTERIES, INC., ET AL.,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #29 - Request For Brief Extension Of Time To File Motion In Limine. | **GRANTED.** |

Date: _December 13_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge