# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE:  February 7, 2001

COURTROOM DEPUTY:  Lida Isis EGELE         CIVIL CASE:  98-1721 (PG)

| | |
|---|---|
| J. CASTRO DISTRIBUTORS, INC. | **Attorneys:**  Jaime SIFRE RODRIGUEZ |
| v. | |
| OPTIMA BATTERIES, INC., et al | Luis OLIVER FRATICELLI |

PRETRIAL CONFERENCE held in chambers.  The defendants will take the deposition of plaintiff's expert, CPA Eduardo Zayas, on March 2, 2001.  The defendants are granted until March 9, 2001, to file any opposition to plaintiff's motion in limine.

**Jury trial is set for May 29, 2001, at 9:00 A.M.**

Lida Isis EGELE
Courtroom Deputy

s/c:   Sifre Rodríguez, Oliver Fraticelli, and Jury Clerk