Case 3:98-cv-01721-PG    Document 47    Filed 06/22/2001    Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'01 JUN 22

J. CASTRO DISTRIBUTOR, INC.,
    Plaintiff,

v.                                                         Civ. No.  98-1721(PG)

OPTIMA BATTERIES, INC.,
INTERSTATE BATTERIES, ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #46 - Joint Motion For Voluntary Dismissal With Prejudice. | **APPROVED.** |

Date: _____June 19_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge