UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| J. CASTRO DISTRIBUTOR, INC., | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. 98-1721(PG) |
| | * | |
| OPTIMA BATTERIES, INC., | * | |
| INTERSTATE BATTERIES, ET AL., | * | |
|     Defendants. | * | |

# JUDGMENT

On this same date the Court has entered an Order approving "Joint Motion For Voluntary Dismissal With Prejudice", Docket No 46, signed by the parties on June 14, 2001. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that judgment is hereby entered **DISMISSING** the instant action **with prejudice** and without the imposition of costs, interest, or attorney's fees.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _June_ _19_, 2001.

                                                                     JUAN M. PEREZ-GIMENEZ
                                                                       U.S. District Judge

AO 72A
(Rev. 8/82)